# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TONY J. CERENTANO, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 15-874-SCW |
| UNITED MINE WORKERS OF AMERICA 1974 PENSION PLAN, | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

Plaintiff was granted summary judgment by an Order entered by U.S. Magistrate Judge Stephen C. Williams on December 7, 2016 (Doc. 40).

Plaintiff was granted attorney's fees in the amount of ninety-eight thousand, three hundred dollars ($98,300.00) and costs in the amount of one thousand four hundred sixty-four dollars and twenty-five cents ($1,464.25) by an Order entered by U.S. Magistrate Judge Stephen C. Williams on September 27, 2017 (Doc. 43).

**THEREFORE**, judgment is entered in favor of Plaintiff Tony J. Cerentano and against the Defendant United Mine Workers of America 1974 Pension Plan in the amount of ninety-nine thousand, seven hundred sixty-four dollars and twenty-five cents ($99,764.25).

**DATED** this 13th of November, 2017

**JUSTINE FLANAGAN, ACTING CLERK**

BY: */s/ Angela Vehlewald*
**Deputy Clerk**

Approved by  */s/ Stephen C. Williams*
**United States Magistrate Judge
Stephen C. Williams**